UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMEL DIXON,

                            Plaintiff,

    -against-

CORRECTION OFFICER RICHARD AGBAI,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/16
```

15 Civ. 850 (AT)(AJP)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objection to Magistrate Judge Andrew J. Peck's July 8, 2016 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F. Supp. 2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Judge Peck recommends that the Court enter judgement for Plaintiff Tamel Dixon against Defendant Richard Agbai in the amount of (1) $250,000 for compensatory damages, (2) $150,000 for punitive damages, and (3) $32,663.50 for attorneys' fees and costs. The Court finds the report and recommendation to be thorough and well-reasoned. Accordingly, the Court accepts and adopts the report and recommendation, awarding Dixon (1) $250,000 for compensatory damages, (2) $150,000 for punitive damages, and (3) $32,663.50 for attorneys' fees and costs.

      The Clerk of the Court is directed to enter judgment accordingly.

      SO ORDERED.

Dated: September 28, 2016
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge